CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Daniel Owen Sharp Sr.**<br>DOB: 1981; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-05358MJ |
| Complaint for violation of Title 8, United States Code §§ 1324(a)(1)(A)(ii) & 1324(a)(1)(B)(i); 1325; 18 USC § 3 | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about July 22, 2026, in the District of Arizona, **Daniel Owen Sharp Sr.**, knowing or in reckless disregard that certain aliens, including Gilberto Pedro-Monjaraz, Gilberto Jimenez-Ruiz, Milton Francisco Ical-Choc, and Rigoberto Garcia-Pedro, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**COUNT 2 (Misdemeanor)** On or about July 22, 2026, in the District of Arizona, **Daniel Owen Sharp Sr.**, knowing that certain illegal aliens, including Gilberto Pedro-Monjaraz, Gilberto Jimenez-Ruiz, Milton Francisco Ical-Choc, and Rigoberto Garcia-Pedro, had entered the United States at a time or place other than as designated by immigration officers, did knowingly assist them so that they would not be apprehended by law enforcement by transporting them in a vehicle; in violation of **Title 8, United States Code, Section 1325(a)(1)** and **Title 18 United States Code, Section 3**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On July 22, 2026, in the District of Arizona (Newfield), at approximately 2:20 p.m., Border Patrol Agents (BPAs) observed a silver Grand Caravan bearing Arizona license plate RTA0M4 near mile marker 1 on Federal Route (FR) 19. The Grand Caravan was travelling south at a high rate of speed towards Newfield and BPAs observed that the driver was the sole occupant of the vehicle. This area is known for human and narcotic smuggling due to its proximity to the border. BPAs approached the Grand Caravan and observed the driver pull to the side of the road and make a U-turn before traveling back north on FR 19. After the U-turn, BPAs observed multiple individuals in the back seat of the vehicle. This tactic is consistent with the rapid pick-up of illicit cargo. Record checks on the Grand Caravan returned out of Parker, Arizona. It is common for smuggling organizations to recruit drivers from other cities who are unfamiliar with local law enforcement patrol patterns. At 2:27 p.m., BPAs initiated a vehicle stop and the Grand Caravan yielded near mile marker 4 on FR 19. BPAs approached the vehicle and questioned the driver, identified as **Daniel Owen Sharp Sr. Sharp** claimed that he was "lost looking for the casino" and that his phone had led him to the area. When asked about the four passengers in the back seat, **Sharp** claimed that they were his cousins and that they were United States citizens. **Sharp** also stated that he was a United States citizen and that the four passengers did not have any form of identification.

**Continued on next page.**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Gilberto Pedro-Monjaraz, Gilberto Jimenez-Ruiz, Milton Francisco Ical-Choc, and Rigoberto Garcia-Pedro

| | |
|---|---|
| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE & NAME:<br>U.S. Border Patrol Agent<br>Jeremy Sykes |
| Sworn by telephone _X_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1] Maria S. Aguilera | DATE<br>July 23, 2026 |

1) See Federal rules of Criminal Procedure Rules 3 and 54

Reviewing AUSA: Enderle

**Continued from front page.** 26-05358MJ

Through further questioning, **Sharp** claimed that the four passengers were his friends and apologized for initially lying to BPAs. During questioning, BPAs noticed bundled up camouflage clothing under the seats where the passengers were sitting. Camouflage clothing is commonly used by illegal aliens attempting to evade law enforcement. An immigration inspection was performed on the four passengers, including Gilberto Pedro-Monjaraz, Gilberto Jimenez-Ruiz, Milton Francisco Ical-Choc, and Rigoberto Garcia-Pedro, and BPAs determined them to be citizens of Mexico illegally present in the United States. Record checks revealed that Gilberto Pedro-Monjaraz, Gilberto Jimenez-Ruiz, Milton Francisco Ical-Choc, and Rigoberto Garcia-Pedro do not possess the proper documentation to enter, pass through, or remain in the United States legally. **Sharp** was determined to be a United States citizen.

Material witness Gilberto Pedro-Monjaraz stated that he is a citizen of Mexico and that he paid 250,000 Mexican pesos to be smuggled into the United States. He crossed the border with one other individual and they both made it to the pick-up location. Pedro-Monjaraz was picked up by a gray van in a wash near the border with three other people. He and one other individual were picked up first before picking up the others about five to ten minutes later. There was an individual in the wash that was coordinating the pick-ups and told Pedro-Monjaraz where and when to enter the vehicle. Pedro-Monjaraz described the driver as a tall man with long hair.

Material witness Gilberto Jimenez-Ruiz stated that he is a citizen of Mexico and that he crossed the border within a group of four individuals. All four individuals made it to the pick-up location. At the pick-up location, there was a man in a maroon shirt who received a call and told the group who would be picking them up and told them to enter the vehicle. The vehicle was described as gray. Jimenez-Ruiz described the driver as a tall man with long hair who was wearing dark clothes and a platinum chain.

Material witness Milton Francisco Ical-Choc stated that he is a citizen of Mexico and that he crossed the border with three other individuals. The group used WhatsApp as a navigational tool to walk to the pick-up location near mile marker 1 on FR 19. After waiting approximately 20 minutes, a gray vehicle arrived and he and the three other individuals entered the rear passenger compartment. The group knew to enter the vehicle because they were instructed via WhatsApp. Ical-Choc did not know the driver and did not speak to him.

Material witness Rigoberto Garcia-Pedro stated that he is a citizen of Mexico and that he crossed the border alone. He did not make arrangements to be picked up so he walked to the nearest road to signal a car to pick him up and take him to the nearest city. When Garcia-Pedro entered the car, there were already people inside.

After waiving his *Miranda* rights, **Daniel Owen Sharp Sr.** stated that was “down here to pick up”. He claimed that he picked up the illegal aliens “right where I made the U-turn” and that a friend of his cousin coordinated the pick-up. **Sharp** did not know the intended destination and was waiting for further instructions. He was going to receive compensation for picking up the illegal aliens, but he was unsure of the amount.